STATE OF CONNECTICUT *v.* RALPH VUOLO, JR.
(12523)

LAVERY, LANDAU and HEIMAN, Js.

Argued June 10—decision released June 28, 1994

*Robert S. Reger,* special public defender, for the appellant (defendant).

*John A. East III,* deputy assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *Thomas O'Brien,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.